**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ELIAS MIGUEL RAYMUNDO SANTIAGO, GLADYS HERNANDEZ LOPEZ, YOLANDA JESSICA RAYMUNDO RAYMUNDO, MARCOS ANTONIO HERNANDEZ LOPEZ,** | ) | **No. 3:26-CV-00099** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **JOSEPH D. EDLOW,** ***Director, U.S. Citizenship and Immigration Services,*** **et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 15), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE.** The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE